## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN R. KELLER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 03-774-SLR and |
| | : | 04-899-SLR |
| CITY OF WILMINGTON, et al., | : | |
| | : | Consolidated Actions |
| Defendants. | : | |

## **ORDER**

At Wilmington this **2nd** day of **November, 2005**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, November 8, 2005** at **8:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case. **Martin C. Meltzer, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE