| | **BIGGS AND BATTAGLIA** | |
|---|---|---|
| **VICTOR F. BATTAGLIA** | ATTORNEYS AT LAW | OF COUNSEL |
| **ROBERT D. GOLDBERG** | 921 NORTH ORANGE STREET | **JOHN BIGGS III** |
| **PHILIP B. BARTOSHESKY** | P.O. BOX 1489 | **GERARD P. KAVANAUGH, SR.** |
| **VICTOR F. BATTAGLIA, JR.** | WILMINGTON, DELAWARE 19899 | **S. BERNARD ABLEMAN** |
| **STEVEN F. MONES** | (302) 655-9677 | |
| | TELECOPIER: (302) 655-7924 | |

Writer's e-mail: Pbarto@batlaw.com

October 6, 2006

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, Delaware 19801

    Re: *Keller, et. al. v. City of Wilmington, et. al.*
        C.A. Numbers: 03-774 JJF; 04-899 JJF

Dear Judge Farnan:

    As instructed in the Court's order, this is a joint status letter from the parties with reference to the captioned cases. Mr. Meltzer, on behalf of the City has reviewed this letter and has authorized me to write on behalf of all parties.

    The claims of two of the five remaining plaintiffs have been resolved. Recently, Mr. Jose Baez and Mr. Bernabe Reyes have reached a settlement with the Defendants.

    There remain pending claims of three plaintiffs, Esteban Velasquez, Edwin Figueroa and Marcos Martinez. The parties will continue to explore the possibility of settling these claims.

    Plaintiffs believe that the remaining cases should all be tried in one proceeding.

    Defendants believe that the cases should be tried separately in accordance to the established law of the case.

The three remaining plaintiffs did not work in the same division or under the same supervisors. Esteban Velasquez worked the Sanitation Division under the supervision of Robert Mills. He left his position in November, 1998 due to a non-work related injury. He was officially taken off city employment rolls in 2001 as a result of Wilmington City Code 40-109 (revised to 40-54). Mr. Velasquez is currently spending extended time with family in Puerto Rico.

Edwin Figueroa worked in the Meter Shop of the Water Division under the supervision of Joe Orsetti. As a result of a work-related injury the City, based upon the available medical evidence, determined he could no longer perform the functions of his duties and he accepted another position with the City as a school-crossing guard. Mr. Figueroa recently left City employment and works as a school bus driver.

Marcos Martinez remains employed by the City in the Department of Parks and Recreation. His supervisor was and is Claude Mc Crea. Mr. Martinez, in addition to his discrimination claims also brought a separate action for retaliation.

Counsels for the parties remain available to respond to any questions from the court.

Respectfully submitted,

/s/ *Philip B. Bartoshesky (ID # 2056)*

Philip B. Bartoshesky

PBB/ret