| | **BIGGS AND BATTAGLIA** | |
|---|---|---|
| VICTOR F. BATTAGLIA | ATTORNEYS AT LAW | OF COUNSEL |
| ROBERT D. GOLDBERG | 921 NORTH ORANGE STREET | JOHN BIGGS III |
| PHILIP B. BARTOSHESKY | P.O. BOX 1489 | GERARD P. KAVANAUGH, SR. |
| VICTOR F. BATTAGLIA, JR. | WILMINGTON, DELAWARE 19899 | S. BERNARD ABLEMAN |
| STEVEN F. MONES | (302) 655-9677 | WILLIAM D. BAILEY, JR. |
| | TELECOPIER: (302) 655-7924 | |

Writer's e-mail: Pbarto@batlaw.com

March 14, 2007

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 North King Street, Lock Box 27
Wilmington, Delaware 19801

    Re: *Keller, et. al. v. City of Wilmington, et. al.*
       C.A. Numbers: 03-774 JJF; 04-899 JJF

Dear Judge Farnan:

I am writing to inform the Court that the parties have settled the claims of Mr. Esteban Velasquez, whose case was scheduled for trial on April 10, 2007. Mr. Velasquez was the last plaintiff and the parties will file a Stipulation dismissing these consolidated cases as soon as possible.

                                              Respectfully submitted,

                                              Philip B. Bartoshesky    ID # 2056

PBB/ret
Cc: Martin Meltzer, Esquire