IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHN R. KELLER, et al., :
:
          Plaintiff, : C.A. No. 03-774 SLR JJF
: and    04-899 SLR JJF
v. :
:
CITY OF WILMINGTON, et al. :
:
          Defendants. :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and among the parties to this action, through the undersigned counsel, that the claims filed by the parties in this action are hereby dismissed with prejudice.

| | |
|---|---|
| /s/ Philip B. Bartoshesky | /s/ Martin C. Meltzer |
| Philip B. Bartoshesky, Esquire | Martin C. Meltzer, Esquire |
| Biggs & Battaglia | Assistant City Solicitor |
| 921 Orange Street | City of Wilmington Law Department |
| P.O. Box 1489 | 800 N. French Street, 9th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| Dated: 4/3/07 | Dated: Apr 3, 2007 |

SO ORDERED this 10 day of April, 2007.

_____
J.